| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br><br>WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Chris' Collision L.L.C.** |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Roy's Body Shop** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4136339** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **2109 Button Ln**<br>**La Grange, KY 40031**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Oldham**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **https://roysbodyshop.com/** |
| --- | --- | --- |

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Chris' Collision L.L.C.**                                         Case number (*if known*) _____
         <sub>Name</sub>

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     ___**7538**___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **Chris' Collision L.L.C.**
     Name

Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

             Contact name   _____

             Phone   _____

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Chris' Collision L.L.C.**                                              Case number (*if known*) _____
       Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Chris' Collision L.L.C.**                                          Case number (*if known*) _____
      Name

| | |
|---|---|
| ▉ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2024**
          MM / DD / YYYY

**X** **/s/ Christopher Clifford**                          **Christopher Clifford**
   Signature of authorized representative of debtor        Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ Charity S. Bird**                          Date    **November 22, 2024**
   Signature of attorney for debtor                    MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **(502) 540-8285**        Email address    **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

## RESOLUTION OF THE SOLE MEMBER OF
## CHRIS' COLLISION, L.L.C.

### November 8, 2024

The undersigned, being the sole member of **CHRIS' COLLISION, L.L.C.** (the "Company"), hereby adopts the following recitals and resolutions pursuant to the Operating Agreement of the Company (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS**, the Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Chris Clifford, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Chris Clifford, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Clifford may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the sole member has executed this Resolution on the date first written above.

_____
Chris Clifford, Member

**Fill in this information to identify the case:**

Debtor name    **Chris' Collision L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2024**    *X* **/s/ Christopher Clifford**
                                          Signature of individual signing on behalf of debtor

                                          **Christopher Clifford**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chris' Collision L.L.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339** | | | | | | **$113,000.00** |
| **C T Corporation System Attn: SPRS 330 N. Brand Blvd, Suite 700 Glendale, CA 92103** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Channel Partners Capital 10900 Wayzata Blvd, Suite 30 Minnetonka, MN 55305** | | | | | | **$65,000.00** |
| **Corporation Service Company PO Box 2576 Springfield, IL 62708** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Forward Financing 53 State St., 20th Floor Boston, MA 02109** | | | | | | **$70,100.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | | | | | **$15,000.00** |
| **Kentucky Department of Revenue Legal Support Branch - Bankruptcy PO Box 5222 Frankfort, KY 40602** | | | | | | **$40,000.00** |

Debtor  **Chris' Collision L.L.C.**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kentucky Utilities Company 1 Quality St. Lexington, KY 40507** | | | | | | **$0.00** |
| **Stephen C.Lannert 1310 Elmburg Rd. Shelbyville, KY 40065** | | | | | | **$0.00** |
| **Legend Funding 800 Brickell Ave. Miami, FL 33131** | | | | **$230,000.00** | **Unknown** | **Unknown** |
| **LG&E PO Box 9001960 Louisville, KY 40290** | | | | | | **$0.00** |
| **Pawnee Leasing Corporation PO Box 735120 Chicago, IL 60673** | | | | | | **$25,000.00** |
| **PNC Bank, NA PO Box 747032 Pittsburgh, PA 15274** | | | | | | **$9,750.00** |
| **Premium Merchant Funding 26 LLC 55 Water St., 50th Floor New York, NY 10041** | | | | **$237,397.94** | **Unknown** | **Unknown** |
| **US Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203** | | | | **$500,000.00** | **Unknown** | **Unknown** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

**United States Bankruptcy Court**
**Western District of Kentucky**

In re    **Chris' Collision L.L.C.**

_____    Case No. _____
Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **November 22, 2024** _____    **/s/ Christopher Clifford** _____

**Christopher Clifford**/**Member**
Signer/Title

Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339

C T Corporation System
Attn: SPRS
330 N. Brand Blvd, Suite 700
Glendale, CA 92103

Channel Partners Capital
10900 Wayzata Blvd, Suite 30
Minnetonka, MN 55305

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Forward Financing
53 State St., 20th Floor
Boston, MA 02109

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kentucky Department of Revenue
Legal Support Branch – Bankruptcy
PO Box 5222
Frankfort, KY 40602

Kentucky Utilities Company
1 Quality St.
Lexington, KY 40507

Stephen C.Lannert
1310 Elmburg Rd.
Shelbyville, KY 40065

Legend Funding
800 Brickell Ave.
Miami, FL 33131

LG&E
PO Box 9001960
Louisville, KY 40290

Pawnee Leasing Corporation
PO Box 735120
Chicago, IL 60673

```
PNC Bank, NA
PO Box 747032
Pittsburgh, PA 15274

Premium Merchant Funding 26 LLC
55 Water St., 50th Floor
New York, NY 10041

Joseph I.Sussman
333 Pearsall Ave., Suite 205
Cedarhurst, NY 11516

U.S. Attorney
717 W Broadway
Louisville, KY 40202

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203
```

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Chris' Collision L.L.C.**

Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Chris' Collision L.L.C.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2024**
Date

**/s/ Charity S. Bird**

**Charity S. Bird**

Signature of Attorney or Litigant
Counsel for    **Chris' Collision L.L.C.**

**Kaplan Johnson Abate & Bird LLP**

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**